United States District Court
Southern District of Texas
**ENTERED**
September 09, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Filiz Ari Kaya, § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action H-21-2176 |
| § | |
| Kilolo Kijakazi, § | |
| Commissioner of the Social § | |
| Security Administration, § | |
| *Defendant*. § | |

## ORDER OF ADOPTION

On August 22, 2022, Magistrate Judge Peter Bray recommended that Filiz Ari Kayas's motion for summary judgment be denied and Defendant's cross-motion for summary judgment be granted. (D.E. 17.) Plaintiff filed objections. (D.E. 18.) Defendant filed a response. (D.E. 21.) Plaintiff's objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is affirmed. The court will issue a separate final judgment.

Signed on September 9, 2022, at Houston, Texas.

David Hittner
United States District Judge